**VICTOR M. BROWN**
**Attorney at Law**
11 Park Place, Suite 600
New York, NY 10007
T(212) 227-7373
F(212) 227-2330

December 1, 2011

**By ECF**

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Songui v. The City of New York, et al
10 CV 4622

Dear Judge Mauskopf,

Pursuant to the Court's order of November 21, 2011 please be advised that the Plaintiff, Jamal Songui, is hereby withdrawing his complaint against all named Defendant's in the above referenced case. Legal research by the undersigned has led to the conclusion that the Plaintiff's Federal causes of action in the instant matter are not viable. Thank you for your consideration in this regard.

Respectfully Submitted

VICTOR M. BROWN

VB/cc
File copy

**Via ECF**

| | |
|---|---|
| Filename: | Songui Withdraw Letter(final) |
| Directory: | C:\Documents and Settings\Victor M. Brown\My Documents |
| Template: | C:\Documents and Settings\Victor M. Brown\Application Data\Microsoft\Templates\Normal.dot |
| Title: | VICTOR M |
| Subject: | |
| Author: | Victor Brown |
| Keywords: | |
| Comments: | |
| Creation Date: | 12/1/2011 6:19:00 PM |
| Change Number: | 2 |
| Last Saved On: | 12/1/2011 6:19:00 PM |
| Last Saved By: | Victor Brown |
| Total Editing Time: | 0 Minutes |
| Last Printed On: | 12/1/2011 6:20:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 |
|    Number of Words: | 143 (approx.) |
|    Number of Characters: | 704 (approx.) |